**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DONNA POPEJOY,** **PLAINTIFF**
**on behalf of JEFFERY BROCK**

V.  CASE NO.: 1:10CV00040 BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration** **DEFENDANT**

**JUDGMENT**

Plaintiff's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 20th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE